# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES ANTON | : | CIVIL ACTION |
|     Plaintiff | : | |
| | : | |
| v. | : | NO. 09-2899 |
| | : | |
| VINCENT GUARINI, et al | : | |
|     Defendants | : | |

## **O R D E R**

AND NOW, this  22nd  day of December, 2010, it is hereby ORDERED that:

1. Defendants' motion for summary judgment (Doc. No. 21) is **GRANTED** with respect to all claims against Corrections Officer Sean Hetrick and the intentional infliction of emotional distress claim against Corrections Officer James Zimmerman. Defendants' motion is **DENIED** with respect to plaintiff's remaining Section 1983 claim against Officer Zimmerman.

2. A Final Pretrial Conference shall be held on **Friday, May 27, 2011 at 9:30 a.m.**, in the United States District Court station in Reading, located in The Madison Building, 400 Washington Street.

3. Jury Selection shall begin on **Monday, June 6, 2011 at 9:30 a.m.,** in the United States Courthouse in Philadelphia, Courtroom 3B.

4. Trial in this matter shall commence on **Tuesday, June 7, 2011 at 9:30 a.m.**, in Reading.

5. Counsel shall file pretrial memoranda on or before **Monday, May 23, 2011.** As described in this Court's Policies and Procedures, these memoranda should be prepared in accordance with the provisions of Local Rule of Civil Procedure 16.1(c), and should include the following items:
    a. A listing of each potential fact witness to be called at trial with a brief statement of the nature of his expected testimony (witnesses not listed may not be called by that party in its case-in-chief);

b. A statement of any anticipated important legal issues on which the court will be required to rule, together with counsel's single best authority on each such issue;

c. A list of exhibits to be offered at trial;

d. All stipulations of counsel;

e. A statement of objection to: (1) the admissibility of any exhibit based on authenticity; (2) the admissibility of any evidence expected to be offered for any reason (except relevancy); (3) the adequacy of the qualifications of an expert witness expected to testify; and (4) the admissibility of any opinion testimony from lay witnesses pursuant to Federal Rule of Evidence 701. Such objection shall describe with particularity the ground and the authority for the objection;

f. Deposition testimony (including videotaped deposition testimony)that the party intends to offer during its case-in-chief. The statement should include citations to the page and line number and the opposing party's counter-designations.

6. Proposed Jury Instructions shall be filed on or before **Friday, May 20, 2011**. Each proposed instruction should be printed on a separate sheet of paper, double spaced, and should <u>include citation to specific authority</u>. Counsel shall submit a copy of the proposed jury instructions to chambers on an IBM-compatible disk in WordPerfect or Word format. The copy may also be sent to chambers via electronic mail to carrie_e_evans@paed.uscourts.gov. Proposed Jury instructions need only be submitted with respect to substantive issues in the case.

7. Motions *in limine*, if necessary, shall be filed on or before **Monday, May 2, 2011.** Responses to motions *in limine* shall be filed on or before **Monday, May 16, 2011.**

BY THE COURT:


/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.